IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Nicole Avant, :
:
    Plaintiff(s), :
: Case Number: 1:18cv79
vs. :
: Judge Susan J. Dlott
University of Cincinnati, :
:
    Defendant(s). :

ORDER

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action (including all claims by all parties) is hereby DISMISSED WITH PREJUDICE, provided that any of the parties may, upon good cause shown not later than August 7, 2018, reopen the action if settlement is not consummated. The parties may substitute a judgment entry contemplated by the settlement agreement upon approval of the Court. Parties intending to preserve this Court's jurisdiction to enforce a settlement should be aware of *Kokkonen v Guardian Life Ins. Co. Of America*, 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any substituted judgment entry.

This Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties.

Each party shall bear its own costs.

IT IS SO ORDERED.

                                                                                    s/Susan J. Dlott
                                                                                  Susan J. Dlott
                                                                                  United States District Court